Adah A. Putnam, appellant.

v.

Lydia A. Clark et al., respondents.

On appeal from a decree of the chancellor dismissing appellant's petition. The chancellor's opinion is reported in *Putnam* v. *Clark, 9 Stew. Eq. 33*.

*Mr. C. H. Hartshorne* and *Mr. C. Parker*, for appellant.

*Messrs. Collins & Corbin*, for respondents.

Per Curiam.

This decree unanimously affirmed for the reasons given by the chancellor.